THE HONORABLE RONALD B LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOUND SECURITY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONITROL CORPORATION, a Delaware corporation,<br><br>Defendant. | No.: C08-5350 RBL<br><br>[~~PROPOSED~~] ORDER ON STIPULATED MOTION TO EXTEND DEADLINE |

Having considered Plaintiff Sound Security, Inc.'s Motion To Extend Deadline,

IT IS HEREBY ORDERED THAT:

Plaintiff shall have until and including January 12, 2008, to file any motion for leave to amend to join parties in this action and the deadline for joinder of any additional parties is extended until March 2, 2009.

SO ORDERED this 16th day of December, 2008.

_/s/ Ronald B Leighton_
Honorable Ronald B Leighton

Presented by:
/s/ Susan L. Ford
Susan L. Ford, WSBA #28015
Bullivant Houser Bailey PC

10946121.1
[PROPOSED] ORDER ON MOTION TO EXTEND DEADLINE:    Page 1
No.: C08-5350

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351