HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOUND SECURITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONITROL CORPORATION, <br><br> Defendant. | Case No. C08-05350 RBL <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |

This matter comes before the Court on Plaintiff's Motion for Leave to Amend Complaint [Dkt. #25]. The Court has considered the materials submitted in support of the motion. No materials have been submitted in opposition to the motion. Federal Rule of Civil Procedure 15(a) permits amended pleadings with either the "opposing party's written consent or the court's leave." Such leave shall be freely given "when justice so requires." *Id.; see also Foman v. Davis*, 371 U.S. 178, 182 (1962). Because of the liberal application of Rule 15(a), and noting Defendant's Statement of Non-Opposition [Dkt. #27], the Court hereby GRANTS Plaintiff's Motion for Leave to Amend Complaint.

DATED this 28th day of January, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1