THE HONORABLE RONALD B LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SOUND SECURITY, INC., a Washington corporation,

    Plaintiff,

v.

SONITROL CORPORATION, a Delaware corporation; SONITROL HOLDING CORPORATION, a Delaware corporation; SONITROL HOLDING, LLC; a Delaware limited liability company; THE STANLEY WORKS, a Connecticut corporation; STANLEY SECURITY SOLUTIONS, INC., an Indiana corporation; SECURITYCO SOLUTIONS, INC., a Delaware corporation; STANLEY CONVERGENT SECURITY SOLUTIONS, INC., a Delaware corporation; SONITROL FRANCHISE COMPANY, L.L.C., a Delaware limited liability company.

    Defendant.

No.: C08-5350 RBL

FRE 503(d) ORDER

Noted 3/2/09

Having considered the parties Proposed FRE 502(d) Order, IT IS HEREBY

///

///

[PROPOSED] FRE 503(d) ORDER
No.: C08-5350

Page 1

**Bullivant|Houser|Bailey PC**
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

1 | ORDERED THAT:

2 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 |

4 | DATED: <u>3rd day of March, 2009</u>.

5 |

6 | RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

7 |

8 | 11320184.1 05007-00016

[PROPOSED] FRE 503(d) ORDER
No.: C08-5350

Page 2

**Bullivant|Houser|Bailey PC**
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351